Argued and submitted May 3, judgment of the Tax Court affirmed May 11, 1995

Gordon LEITCH, Jr., M.D.,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
STATE OF OREGON,
*Respondent.*

(OTC 3582; SC S41733)

893 P2d 1050

Gordon B. Leitch, Jr., M.D., appellant, argued the cause and filed the briefs *pro se.*

Rochelle Nedeau, Assistant Attorney General, Salem, argued the cause and filed the brief for respondent. With her on the brief was Theodore R. Kulongoski, Attorney General, Salem.

PER CURIAM

## PER CURIAM

Taxpayer appeals from a judgment of the Oregon Tax Court that dismissed taxpayer's appeal of certain property taxes imposed for the 1992 tax year and imposed an award of attorney fees as a sanction for the filing of a "frivolous and groundless" appeal. On *de novo* review, ORS 305.445, we have considered each of taxpayer's legal contentions. We hold that none is well taken. An extended opinion to that effect would not benefit bench or bar.

The judgment of the Tax Court is affirmed.